UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE SOTO,
and others similarly situated,   Case No.:  6:08-CV-669-ORL-28GJK

             Plaintiff,

vs.

CEMEX, INC.,
             Defendant.
_____/

**MOTION FOR AWARD OF ATTORNEY'S FEES**
**AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Plaintiff, JOSE SOTO, and others similarly situated, by and through their undersigned counsel, hereby move this Court for an award of attorney's fees against Defendant, CEMEX, INC., pursuant to Rule 54 of the Federal Rules of Civil Procedure and 29 U.S.C. § 216(b).  In support thereof, Plaintiffs submit the following Memorandum of Law.

**MEMORANDUM OF LAW**

The Parties settlement of this matter entitles Plaintiffs to an award of attorney's fees and costs.  *See, e.g.,* 29 U.S.C. § 216(b) ("The court in such action shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action."); *Christiansburg Garment Co. v. EEOC,* 434 U.S. 412, 416 & n. 5, 98 S.Ct. 694, 697 & n. 5, 54 L.Ed.2d 648 (1978) (citing § 216(b) of the FLSA as one example of a statute which "make[s] fee awards mandatory for prevailing plaintiffs"); *Kreager v. Solomon & Flanagan, P.A.,* 775 F.2d 1541, 1542

(11th Cir.1985) ("Section 216(b) of the Act makes fee awards mandatory for prevailing plaintiffs."). This Court entered a final Order approving the Parties' settlement and dismissing the Plaintiffs' claims with prejudice on December 15, 2009. (Doc. 124). Plaintiffs premise this Motion on the entry of that Order. Plaintiffs respectfully request this Court to award them an estimated $91,000.00[1] as a reasonable attorney's fee and $2,116.80[2] for costs.

At the time of the filing of this Motion the undersigned was unable to confer with counsel for Defendant pursuant to Local Rule 3.01(g). Upon conferring with counsel for Defendant, the undersigned will file an amended certificate indicating the results of the conference.

WHEREFORE, Plaintiffs respectfully request this Court to enter an Order awarding them $91,000.00 for attorney's fees and $2,116.80 for costs as the prevailing party under the FLSA.

Dated: January 8, 2010.                    */s/ K.E. PANTAS*
                                           K.E. PANTAS
                                           Florida Bar No.: 0978124
                                           BUDGEN LAW GROUP
                                           400 North Bumby Avenue
                                           Orlando, Florida 32803
                                           Tel.: (407) 481-2888
                                           Fax.: (407) 313-1119
                                           E-Mail: kpantas@mywagefirm.com

---

[1] The time records in this matter are voluminous. At the time of filing this Motion the undersigned was still reviewing the time records recorded for this matter to prepare his supporting Affidavit. Out of an abundance of caution, this motion was filed to comply with the Court's deadline. The undersigned will file the supporting time records and Affidavit upon completion of his review.

[2] The supporting documentation for Plaintiffs' requested costs is filed herewith as composite exhibit "A."

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a copy of this document along with the notice of electronic filing to: Kevin D. Zwetsch, Esq., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 100 North Tampa Street, Suite 3600, Tampa, FL 33602, this 8th day of January, 2010.

*/s/ K.E. PANTAS*
K.E. PANTAS