# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOSE SOTO, AND OTHERS SIMILARLY
SITUATED,

          **Plaintiffs,**

-vs-                           **Case No.  6:08-cv-669-Orl-28GJK**

CEMEX, INC.,

          **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Amended Motion for Award of Attorney's Fees (Doc. No. 128) filed January 12, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed April 1, 2010 (Doc. No. 137) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Amended Motion for Award of Attorney's Fees (Doc. No. 128) is **GRANTED in part** and **DENIED in part**.

3.      Plaintiff is awarded $60,809.36 in attorneys' fees and costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___30th___ day of April, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party